FILED

05/05/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0125

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0125

_____

BOB BROWN, DOROTHY BRADLEY,
VERNON FINLEY,  MAE NAN ELLINGSON,
and the MONTANA LEAGUE OF WOMEN
VOTERS,

        Petitioners,

    v.

GREG GIANFORTE, Governor of Montana,

        Respondent.

O R D E R

_____

Upon amended motion of the Montana Family Foundation (MFF) for leave to participate as amicus curiae in this matter, and good cause appearing,

IT IS HEREBY ORDERED that MFF's motion is GRANTED.  The Clerk's office is directed to file the amicus brief attached to MFF's motion.  The paper copies of the brief should be filed forthwith.

The Clerk is directed to provide copies of this Order to all counsel of record in this matter.

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
May 5 2021